[No. 34190. *En Banc.* June 26, 1958.]

ANGELA BEST, *Individually and as Guardian ad Litem of Mary E. Nelson, a Minor, Respondent,* v. KATHLEEN JEAN DAKIN, *Appellant.*[1]

*Edwin R. Johnson,* for appellant.

*Carnahan, Gordon & Goodwin,* for respondent.

PER CURIAM.—One of the judges of this court being disqualified, this case was argued to the remaining eight judges sitting *En Banc.* These eight judges are divided in their opinions, and there is no majority either for affirmance or for reversal. Therefore, the judgment of the lower court stands affirmed.

---

August 5, 1958. Petition for rehearing denied.

[1]Reported in 326 P. (2d) 1009.